UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 13-cv-62044-JIC

CHRISTOPHER LEGG,

    Plaintiff,

vs.

VOICE MEDIA GROUP, INC.,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal with prejudice of this action, with each party to bear its own attorneys' fees and costs.

*/s/ Steven R. Jaffe*
Steven R. Jaffe (Fla. Bar No. 390770)
Email: steve@pathtojustice.com
Seth M. Lehrman (Fla. Bar No. 132896)
Email: seth@pathtojustice.com
Mark S. Fistos (Fla. Bar No. 909191)
Email: mark@pathtojustice.com
**FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.**
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: (954) 524-2820
Facsimile: (954) 524-2822

*/s/ Scott D. Owens*
Scott D. Owens (Fla. Bar No. 0597651)
Email: scott@scottdowens.com
**SCOTT D. OWENS, P.A.**
664 E. Hallandale Beach Blvd.
Hallandale, FL 33009
Telephone: (954) 589-0588
Facsimile: (954) 337-0666

*Attorneys for Christopher Legg*

*/s/ Scott D. Ponce*
Sanford L. Bohrer (Fla. Bar. No. 160643)
Email: sbohrer@hklaw.com
Scott D. Ponce (Fla. Bar. No. 0169528)
Email: sponce@hklaw.com
Brian W. Toth (Fla. Bar No. 57708)
Email: brian.toth@hklaw.com
**HOLLAND & KNIGHT LLP**
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799

*Attorneys for Voice Media Group*